RITA TUCHMANN V. AARON TUCHMANN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

OLGA PICIULO V. ATTILIO DE CICCO and ASSETS FUNDING CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ALFRED A. RITCHIE and Others v. SUPRENANT & COMPANY, INCORPORATED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ARTHUR BRAWER and Others v. MENDELSON BROS. FACTORS, INC.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

CHARLES M. RIEDELL V. WELLS-NEWTON NATIONAL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DANIEL L. CROWLEY, Doing Business, etc., v. LAWRENCE M. VAN DOLEN and THOMAS SEALY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

RUTH HOROWITZ, an Infant, by SAMUEL HOROWITZ, Her Guardian ad Litem, and SAMUEL HOROWITZ v. DAILY MIRROR, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon said defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANTHONY TRIMARCHI v. G. RICHARD DAVIS & Co., INC., and Others, Impleaded etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BEE ESS GARMENT COMPANY, INC., Appellant, v. GEORGE GILCHRIST and Others, Defendants, Impleaded with MAX ARNOLD, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin and O'Malley, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE COOPER, Appellant, v. THE WARDEN OF THE CITY PRISON and JOSEPH P. MULROONEY, Police Commissioner of the City of New York, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

DAVIDSON L. SOUTHARD, Respondent, v. JOHN J. HAGERTY and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.